Matter of Chynarose H. (Keona O.) (2023 NY Slip Op 03156)

Matter of Chynarose H. (Keona O.)

2023 NY Slip Op 03156

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND OGDEN, JJ.

533 CAF 20-00893

[*1]IN THE MATTER OF CHYNAROSE H. AND ANYLA H. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; KEONA O., RESPONDENT, AND BASHAR H., RESPONDENT-APPELLANT.

CHARLES J. GREENBERG, AMHERST, FOR RESPONDENT-APPELLANT.
REBECCA C. HOFFMAN, BUFFALO, FOR PETITIONER-RESPONDENT.
DAVID C. SCHOPP, THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (RUSSELL E. FOX OF COUNSEL), ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered June 30, 2020, in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined that respondents derivatively severely abused the subject children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court